## DANIEL ELMER v. DANZENBACKER.

The record and proceedings in this case are, in all respects, the same as in the preceding, with the single exception that, instead of the words, "the plaintiff was sworn to the account," the present record sets forth that, "the plaintiff was put upon her oath, who swore to the items set forth in the case."

For the reasons given in the case of Buck v. Danzenbacker, the record and proceedings in the present case are also fatally defective, and the judgment is reversed.